374 A.2d 712

Commonwealth v. Stukes, Appellant.

Argued September 13, 1976. Arthur R. Shuman, Jr., with him Shuman, Lawler and Levy, for appellant; James W. Wilson, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.